**Dorcas GILPATRICK and the Maine Civil Liberties Union, Plaintiffs**

v.

**CITY OF LEWISTON and Lewiston Police Department, Defendants.**

No. CIV.03–12–P–H.

United States District Court,
D. Maine.

Jan. 10, 2003.

Ronald W. Schneider, Jr., Esq., Bernstein, Shur, Sawyer, & Nelson, Portland, ME, for Dorcas Gilpatrick, Maine Civil Liberties Union, plaintiffs.

Robert S. Hark, Esq., Lewiston, ME, for Lewiston, City of, Lewiston Police Department, defendants.

### AGREED–TO TEMPORARY RESTRAINING ORDER

HORNBY, District Judge.

The informational instructions on the City of Lewiston's website refer to "graphic or obscene images or words." The restriction shall not prohibit "graphic" images or words unless they are obscene.

So Ordered.